UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN JON WILCOX,

    Plaintiff,

v.

KEITH J. CHAMBERLIN,

    Defendant.

_____/

Case No. 2:20-cv-178

HON. JANE M. BECKERING

**ORDER**

This is a prisoner civil rights action. Defendant filed a Motion for Partial Summary Judgment (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 18, 2022, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 22) is DENIED.

Dated: February 15, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge