UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN JON WILCOX,

    Plaintiff,

v.

KEITH J. CHAMBERLIN,

    Defendant.
_____/

Case No. 2:20-cv-178

HON. JANE M. BECKERING

**ORDER**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Defendant filed a Motion for Summary Judgment (ECF No. 39). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 15, 2022 (ECF No. 47), recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 47) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 39) is GRANTED IN PART AND DENIED IN PART. Specifically, the Court grants Defendant summary judgment as to all of Plaintiff's claims against Defendant in his official capacity. In addition, the Court grants Defendant summary judgment as to Plaintiff's first retaliation claim. The Court denies Defendant's motion for summary judgment as to Plaintiff's second and third retaliation claims.

Dated: December 12, 2022

       /s/ Jane M. Beckering
      JANE M. BECKERING
      United States District Judge